IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANIE M. BEWLEY                                                                                          PLAINTIFF

v.                                           CIVIL NO. 12-2194

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                          DEFENDANT

**O R D E R**

Now on this 22nd day of October 2012, comes on for consideration Plaintiff's motion to transfer. ECF No. 5. As Plaintiff resides in London, Pope County, Arkansas, she requests that this matter be transferred to the Eastern District of Arkansas.

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court, Eastern District of Arkansas. Venue would be proper in the Eastern District of Arkansas, as Plaintiff was a resident of London, Arkansas when her Complaint was filed. *See* 28 U.S.C. § 1406(a)(allowing district court to transfer case which has been filed in the incorrect district to transfer the case to the district where it could have been brought); 42 U.S.C. § 405(g).

The Clerk of Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court, Eastern District of Arkansas, 600 West Capitol # 402, Little Rock, Arkansas, 72201-3325.

IT IS SO ORDERED.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)